UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61451-CV-GRAHAM/TORRES

**ELIZABETH ZILINSKY, as parent
and natural guardian of
ASHLEY ZILINSKY, minor,**

      **Plaintiff,**

v.

**CELEBRATION CRUISE LINE, LLC,
a/k/a BAHAMAS CELEBRATION CRUISE
LINE,**

      **Defendant.**

_____/

## DEFENDANT, CELEBRATION CRUISE OPERATOR INC.'S RULE 26 DISCLOSURES

Defendant, CELEBRATION CRUISE OPERATOR, INC. ("Celebration"), by and through undersigned counsel, in compliance with Fed. R. Civ. P. 26(a)(1) and S.D. Fla. L.R. 26(1)(A), hereby makes the following Initial Disclosures:

**I.**    **Fed.R.Civ.P. 26(a)(1)(A)(i) Witness Disclosure**

1) Plaintiff, Elizabeth Zilinsky
   1009 8th Street
   Boynton Beach, Fl. 33426

Subject:    Purchase of ticket contract and allegations of complaint.

2) Plaintiff Ashley Zilinsky (minor)
   1009 8th Street
   Boynton Beach, Fl. 33426

Subject:    Allegations of complaint.

3) Any and all healthcare providers listed in Plaintiff's Initial Disclosures and/or medical records, including but not limited to:

    Dr. Mattarazo
    4801 S. Congress Avenue, 4th Floor
    Lakeworth, Fl.  33461

    Dr. Theresa Rattey
    4801 S. Congress Avenue, 4th Floor
    Lakeworth, Fl.  33461

Subject:  Plaintiff's alleged injuries, medical treatment and medical expenses.

4) Any and all witnesses disclosed by Plaintiff in the instant action.

5) Dr. Anil Gupta
   Bahamas Celebration Infirmary doctor
   Address pending

Subject:  Ship's physician who treated Plaintiff immediately after her alleged fall.

6) Staff Captain Arturo Defensor
   964 Florante Street
   Panglay, Balagtas
   Bulaca, Philippines

Subject:  Ship's Staff Captain who investigated the scene of the accident post-accident and may have information about warning signs in place.

6) Any and all persons identified by Plaintiff in her Initial Disclosures, as well as any and all persons identified by Plaintiff pursuant to written discovery requests.

## II. Fed.R.Civ.P. 26(a)(1)(A)(ii) Document Disclosure

1) Plaintiff's Cruise Ticket Contract

2) Statement of Injured Passenger, Visitor or Crew Member, signed by Elizabeth Zilinsky

3) Refusal of Shoreside Medical Treatment signed by Elizabeth Zilinsky

4) Initial medical documents submitted by Plaintiff.

Case No.: 10-61451-CV-GRAHAM/TORRES

### III. Fed.R.Civ.P. 26(a)(1)(A)(iii) Damages Disclosure

Not applicable to Celebration, as Celebration is not claiming damages from the Plaintiff at this time.

### IV. Fed.R.Civ.P. 26(a)(1)(A)(IV) Insurance Disclosure

Celebration had protection and indemnity coverage at the time of the incident alleged in the Complaint with American P & I.  The Rules will be made available for inspection at the offices of Hamilton, Miller & Birthisel at a mutually agreeable date and time.

Respectfully submitted,

/s/ Robert M Oldershaw
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
Email: jhamilton@hamiltonmillerlaw.com
Robert M. Oldershaw, Esq.
Florida Bar No. 86071
Email: roldershaw@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast First Street, Suite 1200
Miami, Florida 33131
Telephone:   (305) 379-3683
Facsimile:    (305) 379-3690
Attorneys for Defendant,
CELEBRATION CRUISE OPERATOR, INC.

Case No.: 10-61451-CV-GRAHAM/TORRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Robert M. Oldershaw
Robert M. Oldershaw

## SERVICE LIST

Ben Murphey, Esq.
Florida Bar No. 25489
bmurphey@lawlorwinson.com
LAWLOR WINSTON, LLP
2211 Davie Blvd.
Ft. Lauderdale, FL  33312
Telephone:  954-525-2345
Facsimile: 954-730-8908
Attorney for Plaintiff
ELIZABETH ZILINSKY, as
Parent and natural guardian of
ASHLEY ZILINSKY, a minor

Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Robert M. Oldershaw, Esq.
Florida Bar No. 86071
roldershaw@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast First Street, Suite 1200
Miami, FL 33131
Telephone: 305-379-3686
Facsimile: 305-379-3690
Attorneys for Defendant, CELEBRATION CRUISE OPERATOR, INC.